IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RONALD HALLER,

    Petitioner,

v.

WARDEN, LONDON CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 14-CV-373
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On April 28, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States District Court for the Northern District of Ohio at Toledo. Although the parties were advised of the right to object to the Magistrate Judge's recommendation, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **TRANSFERRED** to the United States District Court for the Northern District of Ohio at Toledo.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court