IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD HALLER,**

    **Petitioner,**

v.

**WARDEN, LONDON CORRECTIONAL INSTITUTION,**

    **Respondent.**

CASE NO. 2:14–cv–373
JUDGE MICHAEL H. WATSON
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On January 10, 2017, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed, ECF No. 23. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The objections were due on January 24, 2017. On March 1, 2017, Petitioner filed a *Motion Requesting that the Court Verify the Docket Number of Each Document Enclosed Herein*, in which he has attached the Affidavit of Joshua R. Haller, the Affidavit of James Gibson, and what purports to be a gun receipt from "Vandalia Tactical." ECF No. 24, PageID# 868. Petitioner submits such documents, which apparently are already a part of the record, in support of his claim that the evidence was constitutionally insufficient to sustain his

convictions. However, Petitioner has not submitted any objections to the Magistrate Judge's recommendation of dismissal of this action, and any objections would now be untimely.

The *Report and Recommendation*, ECF No. 23, is **ADOPTED** and **AFFIRIMED**. Petitioner's motion for verification, ECF No. 24, is **DENIED**. This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**

MICHAEL H. WATSON
United States District Judge